UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lawrence Andrew Blackmon**          Docket No. 5:08-CR-200-1D

**Petition for Action on Supervised Release**

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lawrence Andrew Blackmon, who, upon an earlier plea of guilty to Possession With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack); 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 10, 2009, to the custody of the Bureau of Prisons for a term of 198 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On March 27, 2020, the defendant was granted a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(B) and the previously imposed sentence of imprisonment was reduced to 142 months followed by a term of supervised release of 48 months.

Lawrence Andrew Blackmon was released from custody on April 3, 2020, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has maintained full compliance since his release from custody. As a component of the U.S. Probation Office's Early Termination Policy, the defendant has agreed to participate in a cognitive behavioral treatment program in order to assist with continued positive thinking patterns. The defendant understands that while he is agreeing to participate in the program, the matter of early termination is based on the court's discretion. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Taylor R. O'Neil<br>Taylor R. O'Neil<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8698<br>Executed On: June 23, 2021 |

**ORDER OF THE COURT**

Considered and ordered this **24** day of **June**, 2021, and ordered filed and made a part of the records in the above case.

/s/ Dever
James C. Dever III
U.S. District Judge